**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

**Dated: February 05, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32758/0148923378

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-31776-GBN |
| Charles R. Dellinger | Chapter 7 |
| Debtor. | ORDER |
| Wells Fargo Bank, N.A. Movant, | (Related to Docket #15) |
| vs. | |
| Charles R. Dellinger, Debtor, Brian J. Mullen, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 18, 2005 and recorded in the office of the Sandoval County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Charles R. Dellinger has an interest in, further described as:

> Lot numbered Eleven (11), in Block nunbered Two (2), of The Estates at High Resort Unit 1, as the same is shown and designated on the plat entitled, "Estates at High Resort Unit 1, a Subdivision of Parcel 3C in the High Resort, within projected Section 19, T. 12., R. E., N.M.P.M., City of Rio Rancho, Town of Alameda Grant Sandoval County, New Mexico", filed in the office of the County Clerk of Sandoval County, New Mexico, on May 31, 1994. in Rio Rancho Estates Plat Book No. 7 Pages 23-24.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT